IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY SUMMERS, | | |
| | Petitioner, | No.  2:12-cv-2261 CKD P |
| | vs. | |
| WARDEN RACKLEY, | | |
| | Respondent. | ORDER |
| _____/ | | |

      On July 12, 2012, Mr. Summers filed a petition for writ of habeas corpus.  A review of court records reveals Mr. Summers already has a petition for writ of habeas corpus pending in this court in <u>Summers v. Trimbal</u>, 2:11-cv-2584 LKK JFM P.  After reviewing the docket for that case, it appears the document submitted by Mr. Summers on July 12, 2012 is either a motion to amend the petition filed in Mr. Summers's other case, or a motion for an evidentiary hearing.  In either case, the document filed on July 12, 2012, should have been filed in his other case.

      Good cause appearing, the court will direct the Clerk of the Court to file the July 12, 2012, document in Mr. Summers' other case.  Mr. Summers is informed that if he files any documents pertaining to his pending petition for writ of habeas corpus, they must include the correct case number.

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Summers' motion to proceed in forma pauperis is denied.

2. The Clerk of the Court is directed to file a copy of the document filed July 12, 2012 in this action in <u>Summers v. Trimbal</u>, 2:11-cv-2584 LKK JFM P along with a copy of this order.

3. The Clerk of the Court is directed to close this case.

Dated: September 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] summ2261.cls